United States District Court
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6          SAN FRANCISCO DIVISION
7
8    GENA HANSON,                          No. C 13-05377 RS
              Plaintiff,
9
10   v.                                    **CLERK'S NOTICE**
11   PRO SOLUTIONS,
              Defendant.
12
13   _____/
14
15   TO ALL PARTIES AND COUNSEL OF RECORD:

16          A Case Management Conference in the instant case shall be held on **March 6, 2014 at**

17   **10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate

18   Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one

19   week prior to the Conference.  *See* Standing Order Re: Initial Case Management (*available at*

20   http://www.cand.uscourts.gov/pages/424).  Parties or counsel may appear personally or file a

21   request to appear by telephone.  If any party files such a request, the Case Management

22   Conference shall be moved to **11:00 a.m.**  All parties shall appear telephonically and must

23   contact Court Conference at 866/582-6878 at least one week prior to the Conference.

24   Dated: 12/19/13                       For the Court,
                                           RICHARD W. WIEKING, Clerk
25
26
27
28                                         By:
                                           Courtroom Deputy Clerk