UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GENA HANSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>JQD, LLC, d/b/a PRO SOLUTIONS, a California corporation,<br><br>   Defendant. | CASE NO. 4:13-cv-05377 RS<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT MAY RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Trial Date:   None Set |

Based upon the Stipulation of the parties, it is hereby ordered that Defendant JQD, LLC, d/b/a PRO SOLUTIONS may have up to and including January 6, 2014 within which to respond to plaintiff's complaint.

IT IS SO ORERED.

DATED:   12/29/13 _____

_____
Honorable Richard Seeborg
Judge for the United States District Court

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW