UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GENA HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JQD, LLC, d/b/a PRO SOLUTIONS, a California corporation,<br><br>Defendant. | CASE NO. 4:13-cv-05377 RS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT MAY RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Trial Date:   None Set |

Based upon the Stipulation of the parties, it is hereby ordered that Defendant JQD, LLC, d/b/a PRO SOLUTIONS may have up to and including April 11, 2014, within which to respond to Plaintiff's First Amended Complaint.

IT IS SO ORERED.

DATED: 4/1/14

_____
HON. RICHARD SEEBORG
Judge for the United States District Court

4828-3523-8170.1                                                                                                       4:13-cv-05377

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME WITHIN WHICH
DEFENDANT MAY RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT