IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GENA HANSON,

        Plaintiff,

   v.

JQD, LLC, d/b/a PRO SOLUTIONS,

        Defendant.
_____/

No. C 13-05377  RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 24, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties will seek to engage in private mediation in the next 180 days.

    2.    DISCOVERY.

On or before February 6, 2015 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

CASE MANAGEMENT SCHEDULING ORDER

1 requests for production of documents or for inspection per party; and (d) a reasonable number of
2 requests for admission per party.

3       3.     DISCOVERY DISPUTES.

4 Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and
5 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.
6 Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under
7 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery
8 Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of
9 how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal
10 briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned,
11 all further discovery matters shall be filed pursuant to that Judge's procedures.

12       4.     EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall
13 proceed as follows:

14       A.  On or before May 7, 2015, parties will designate experts in accordance with Federal
15 Rule of Civil Procedure 26(a)(2).

16       B.  On or before June 7, 2015, all discovery of expert witnesses pursuant to Federal Rule
17 of Civil Procedure 26(b)(4) shall be completed.

18       4.     CLASS CERTIFICATION.

19 Plaintiff's motion for class certification shall be heard on **August 6, 2015, at 1:30 p.m.** in
20 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
21 California.

22 IT IS SO ORDERED.

24 DATED: July 24, 2014

                              RICHARD SEEBORG
                              United States District Judge

CASE MANAGEMENT SCHEDULING ORDER