NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
SHAUNA R. MADISON (SBN 299585)
smadison@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California  94010
Telephone:      (650) 697-6000
Facsimile:      (650) 692-3606

NOAH ZINNER (SBN 247581)
nzinner@heraca.org
GINA DI GIUSTO (SBN 293252)
gdigiusto@heraca.org
**HOUSING AND ECONOMIC RIGHTS
ADVOCATES**
1814 Franklin Street, Suite 1040
Oakland, California  94612
Telephone:      (510) 271-8443
Facsimile:      (510) 280-2548

STEPHEN H. TURNER
Stephen.Turner@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone:      (213) 250-1800
Facsimile:      (213) 250-7900

*Attorneys for Plaintiff Gena Hanson, Individually
and on Behalf of All Others Similarly Situated*

*Attorneys for Defendant JQD, LLC d/b/a PRO
SOLUTIONS*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENA HANSON**, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| **JQD, LLC, d/b/a PRO SOLUTIONS**, a California corporation; | ) ) ) |
| Defendant. | ) ) ) ) |

Case No. 4:13-cv-05377-RS

**JOINT STIPULATION TO CONTINUE
DISCOVERY CUT-OFF AND [PROPOSED]
ORDER**

Courtroom:    3
Judge:        Hon. Richard Seeborg

1      WHEREAS Plaintiff Gena Hanson, individually and on behalf of others similarly situated, and

2 Defendant JQD, LLC, d/b/a/ Pro Solutions, (collectively, the "Parties") have been engaging in

3 settlement discussions;

4      WHEREAS the Parties are attempting to schedule a mediation during the month of January or

5 February;

6      WHEREAS the Parties have focused their time and resources towards resolution over the past

7 three months;

8      WHEREAS the Parties do not anticipate being able to complete non-expert discovery by the

9 current discovery cut-off of February 6, 2015.

10      NOW, THEREFORE, the Parties hereby STIPULATE to continue the non-expert discovery

11 cut-off by one hundred twenty one (121) days to June 7, 2015 (the same day as the expert discovery

12 cut-off).  All other dates previously set by the Court will remain unchanged.

13

14   Respectfully submitted,

15 Dated:  January 12, 2015           **COTCHETT, PITRE & McCARTHY, LLP**

16           By: *_/s/ Justin T. Berger_*

17              NIALL P. McCARTHY
             ANNE MARIE MURPHY

18              JUSTIN T. BERGER
             SHAUNA R. MADISON

19

20           **HOUSING AND ECONOMIC RIGHTS ADVOCATES**
             NOAH ZINNER
             GINA DI GIUSTO

21

22           *Attorneys for Plaintiff and the Proposed Class*

23

24 Dated:  January 12, 2015           **LEWIS BRISBOIS BISGAARD & SMITH LLP**

25           By: *_/s/ Stephen H. Turner_*

26              STEPHEN H. TURNER

27           *Attorneys for Defendant JQD, LLC d/b/a*
          *PRO SOLUTIONS*

28

**[~~PROPOSED~~] ORDER**

Pursuant to the STIPULATION of the Parties, it is hereby ordered that the discovery cut-off be extended one hundred twenty one (121) days from February 6, 2015, to June 7, 2015.

IT IS SO ORDERED.

DATED: 1/13/15

Honorable Richard Seeborg
Judge for the United States District Court