STEPHEN H. TURNER
Stephen.Turner@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone:	(213) 250-1800
Facsimile:	(213) 250-7900

*Attorneys for Defendant JQD, LLC d/b/a PRO SOLUTIONS*

NOAH ZINNER (SBN 247581)
nzinner@heraca.org
GINA DI GIUSTO (SBN 293252)
gdigiusto@heraca.org
**HOUSING AND ECONOMIC RIGHTS ADVOCATES**
1814 Franklin Street, Suite 1040
Oakland, California  94612
Telephone:	(510) 271-8443
Facsimile:	(510) 280-2548

*Attorneys for Plaintiff Gena Hanson, Individually and on Behalf of All Others Similarly Situated*

NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
SHAUNA R. MADISON (SBN 299585)
smadison@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California  94010
Telephone:	(650) 697-6000
Facsimile:	(650) 692-3606

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENA HANSON**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **JQD, LLC, d/b/a PRO SOLUTIONS**, a California corporation; <br><br> Defendant. | Case No. 3:13-cv-05377-RS <br><br> **JOINT SUPPLEMENTAL STIPULATED [PROPOSED] PROTECTIVE ORDER** <br><br> Courtroom:	3 <br> Judge:	Hon. Richard Seeborg |

4818-2570-6017.1
**JOINT SUPPLEMENTAL STIPULATED [PROPOSED] PROTECTIVE ORDER**; Case No. 3:13-cv-05377-RS

1    WHEREAS Plaintiff Gena Hanson, individually and on behalf of others similarly situated, as a
2 part of the discovery process and in preparation for mediation, has requested that Defendant, JQD,
3 LLC, d/b/a/ Pro Solutions, (collectively, the "Parties") produce its database of collection information
4 for all putative class members (hereafter the "Database");
5    WHEREAS Defendant believes that the outstanding discovery requests are overbroad and call
6 for the production of confidential private information;
7    WHEREAS Plaintiff believes that the existing protective order, signed by the Court on
8 September 22, 2014, is sufficient to protect any privacy rights of the putative class members that may
9 be put at issue;
10    WHEREAS Defendant believes that the existing protective order signed by the Court on
11 September 22, 2014, is insufficient to protect the privacy rights of class members that may be put at
12 issue and it may be prohibited from producing the information plaintiff seeks without a court order;
13    WHEREAS Defendant is concerned about its limited insurance coverage and the fact that the
14 amount of coverage is reduced by the cost of the defense, and, therefore, desires to attempt to settle
15 this matter, and has proposed that the parties participate in a mediation,
16    WHEREAS Plaintiff has stated it cannot participate in a mediation without the information it
17 sought through discovery
18    NOW, THEREFORE, the Parties hereby STIPULATE that the Court enter a supplemental
19 protective order directing Defendant to provide the Database to Plaintiff, and order that (1) Plaintiff
20 shall treat the Database as "Attorney's Eyes Only" information; (2) Plaintiff shall not contact any
21 putative class members prior to class certification or without the express permission of Defendant or

**JOINT SUPPLEMENTAL STIPULATED [PROPOSED] PROTECTIVE ORDER**; Case No. 3:13-cv-05377-RS

4818-2570-6017.1

the Court (this does not preclude Plaintiff from discussing the case with any putative class members who affirmatively contact Plaintiff); (3) production of the information requested does not constitute a wavier of any privilege which would otherwise apply; (4) Plaintiff shall not contact any Homeowner's Association identified in the Database without the express permission of Defendant or the Court; and, (5) within 30 days of the conclusion of the case Plaintiff will return to Pro Solutions' counsel all copies of the database and destroy all copies of documents obtained from it.

Respectfully submitted,
Dated:  March 3, 2015

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
    NIALL P. McCARTHY
    ANNE MARIE MURPHY
    JUSTIN T. BERGER
    SHAUNA R. MADISON

**HOUSING AND ECONOMIC RIGHTS ADVOCATES**
    NOAH ZINNER
    GINA DI GIUSTO

*Attorneys for Plaintiff and the Proposed Class*

Dated:  March 3, 2015

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Stephen H. Turner*
    STEPHEN H. TURNER

*Attorneys for Defendant JQD, LLC d/b/a*
*PRO SOLUTIONS*

# [~~PROPOSED~~] ORDER

Pursuant to the STIPULATION of the Parties, it is hereby ordered that Defendant shall provide the requested Database to Plaintiff, and that (1) Plaintiff shall treat the Database as "Attorney's Eyes Only" information; (2) Plaintiff shall not contact any putative class members prior to class certification or without the express permission of Defendant or the Court (this does not preclude Plaintiff from discussing the case with any putative class members who affirmatively contact Plaintiff); (3) production of the information requested does not constitute a wavier of any privilege which would otherwise apply; (4) Plaintiff shall not contact any Homeowner's Association identified in the Database without the express permission of Defendant or the Court; and, (5) within 30 days of the conclusion of the case Plaintiff will destroy the copy of the database and all copies of documents obtained from it.

IT IS SO ORDERED.

DATED: 3/4/2015

Honorable Richard Seeborg
Judge for the United States District Court