UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GENA HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JQD, LLC, d/b/a PRO SOLUTIONS, a California corporation,<br><br>Defendant. | CASE NO. 4:13-cv-05377 RS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF DATE BY 45 DAYS<br><br>Trial Date:   None Set |

[~~PROPOSED~~] ORDER

Pursuant to the STIPULATION of the Parties, it is hereby ordered that non-expert and expert discovery cut-off be extended forty-five (45) days from June 7, 2015 to July 22, 2015.

IT IS SO ORDERED

DATED: 3/31, 2015

_____
The Honorable Richard Seeborg
JUDGE OF THE UNITED STATES DISTRICT COURT