1  STEPHEN H. TURNER, SB# 89627
     E-Mail: Stephen.Turner@lewisbrisbois.com
2  PATRIK JOHANSSON, SB# 231769
     E-Mail: Patrik.Johansson@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant
   JQD, LLC d/b/a PRO SOLUTIONS

8  NIALL P. McCARTHY, SB# 160175
     E-Mail: nmccarthy@cpmlegal.com
9  ANNE MARIE MURPHY, SB# 202540                NOAH ZINNER, SB#247581
     E-Mail: amurphy@cpmlegal.com                  E-Mail:  nzinner@heraca.org
10 JUSTIN T. BERGER, SB# 250346                 GINA DI GIUSTO, SB# 293252
     E-Mail:  jberger@cpmlegal.com                 E-Mail:  gdigiusto@heraca.org
11 SHAUNA R. MADISON, SB# 299585                **HOUSING AND ECONOMIC RIGHTS**
     E-Mail:  smadison@cpmlegal.com             **ADVOCATES**
12 **COTCHETT, PITRE & McCARTHY, LLP**          1814 Franklin Street, Suite 1040
   San Francisco Airport Office Center          Oakland California 94612
13 840 Malcolm Road                             Telephone: 510.27.8443
   Burlingame, California 94010                 Telephone: 510.280.2548
14 Telephone: 650.597.6000
   Facsimile: 650.692.3606

16 Attorneys for Plaintiff GENA HANSON,
   Individually and on Behalf of All Others
   Similarly Situated

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GENA HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JQD, LLC, d/b/a PRO SOLUTIONS, a California corporation,<br><br>Defendant. | CASE NO. 4:13-cv-05377 RS<br><br>ORDER<br>**STIPULATION TO EXTEND THE DEADLINE FOR THE DESIGNATION OF EXPERTS**<br><br>Trial Date:      None Set |



**THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:**

WHEREAS the current deadline for Designation of Experts is May 7, 2015;

WHEREAS the parties are continuing to engage in settlement negotiations;

WHEREAS the discovery cut-off for all non-expert and expert discovery is July 22, 2015;

NOW, THEREFORE, the parties hereto Stipulate that the current deadline for the Designation of Experts currently set for May 7, 2015 is continued to June 7, 2015.

DATED: April 27, 2015    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Stephen H. Turner
Stephen H. Turner
Attorneys for Defendant JQD, LLC d/b/a PRO SOLUTIONS

DATED: April 27, 2015    COTCHETT, PITRE & McCARTHY, LLP

By:      /s/ Justin T. Berger
Niall P. McCarthy
Anne Marie Murphy
Justin T. Berger
Shauna R. Madison
Attorneys for Plaintiff and the Proposed Class

## ORDER

Based upon the STIPULATION set forth above the deadline for the Designation of Experts is continued from May 7, 2015 is continued to June 7, 2015.

IT IS SO ORDERED.

DATED: 4/28/15

Honorable Richard Seeborg
Judge for the United States District Court

