JUSTIN BERGER (SBN 250346)
jberger@cpmlegal.com
EMANUEL TOWNSEND (SBN 305373)
etownsend@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 692-3606

NOAH ZINNER (SBN 247581)
nzinner@heraca.org
GINA DI GIUSTO
gdigiusto@heraca.org (SBN 293252)
**HOUSING AND ECONOMIC RIGHTS ADVOCATES**
1814 Franklin Street, Suite 1040
Oakland, California 94612
Telephone: (510) 271-8443
Facsimile: (510) 280-2548

*Attorneys for Plaintiff Gena Hanson, Individually
and on Behalf of All Others Similarly Situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENA HANSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JQD, LLC, d/b/a PRO SOLUTIONS**, a California corporation;<br><br>Defendant. | Case No. 4:13-cv-05377-RS<br><br>**DECLARATION OF GINA DI GIUSTO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>The Honorable Richard Seeborg |

**DECLARATION OF GINA DI GIUSTO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT;** CASE NO. 4:13-CV-05377-RS

I, GINA DI GIUSTO, hereby declare as follows:

1. I am an attorney at the non-profit legal services organization Housing and Economic Rights Advocates (HERA) in Oakland, California and an attorney for Plaintiff Gena Hanson ("Plaintiff") and the purported class in the above-entitled action. I am admitted to practice law before this Court and all state courts in the State of California. I submit this declaration in support of the Motion for Preliminary Approval of Settlement in this action. I have personal knowledge of the matters set forth herein, and if called to testify, would and could competently testify to them.

2. Housing and Economic Rights Advocates ("HERA) is a California statewide, not-for-profit legal service and advocacy organization. HERA has provided advice, counseling, and representation to thousands of California consumers since its founding in 2005. In recent years, HERA's work has focused on asset preservation and preventing foreclosure. Since 2012, HERA has counseled over one-hundred and fifty (150) current and former homeowners who have experienced collection problems on debts specifically derived from homeowner association ("HOA") assessments. Moreover, HERA has provided training on HOA collections for homeowner attorneys through the Practicing Law Institute and was amicus curiae on behalf of the appellant homeowner in *Huntington Continental Townhouse Assn., Inc. v. Miner*, 230 Cal. App. 4th 590 (Cal. App. 4th Dist. 2014).

3. HERA's attorneys have extensive experience in consumer protection and/or class action litigation in state and federal court, including a number pertaining to the Fair Debt Collection Practices Act, such as, for example: *Herrera v. LCS Fin. Servs. Corp., 274 F.R.D. 666 (N.D. Cal. 2011)*.

4. The settlement between Plaintiff Gena Hanson and Defendant Pro Solutions was reached at a settlement conference with Hon. Magistrate Judge Kandis Westmore. The settlement conference was held on March 9, 2016.

5. Ms. Gena Hanson submitted to deposition by Pro Solutions in this matter and attended the all-day settlement conference session on March 9, 2016.

**DECLARATION OF GINA DI GIUSTO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT;** Case No. 4:13-cv-05377-RS

1

6. I have investigated the facts available to me and the applicable law. Based on the foregoing, and upon an analysis of the benefits which this settlement agreement affords the class, I consider it to be in the best interest of the class to enter into this settlement agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th Day of September 2016 at Oakland, California.

          */s/ Gina Di Giusto*
          GINA DI GIUSTO